UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>    Plaintiff(s),<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendant(s). | Case No. 2:15-cv-01377-JCM-NJK<br><br>ORDER<br><br>(Docket No. 34) |

  Pending before the Court is Defendant's second renewed motion for a protective order related to a Rule 30(b)(6) deposition noticed for February 12, 2016. Docket No. 34. The Court ordered that any response to that motion had to be filed no later than February 3, 2016. Docket No. 33 at 3. To date, no response has been filed. Accordingly, the motion for protective order is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). The Court **VACATES** the hearing set for February 9, 2016.

  IT IS SO ORDERED.

  DATED: February 5, 2016

                       _____
                       NANCY J. KOPPE
                       United States Magistrate Judge