# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CARRINGTON MORTGAGE SERVICES, LLC,

    Plaintiff(s),

vs.

SFR INVESTMENTS POOL I, LLC, et al.,

    Defendant(s).

Case No. 2:15-cv-01377-JCM-NJK

ORDER DISCHARGING ORDER TO SHOW CAUSE

    Pending before the Court is an order to show cause why the case should not be dismissed for lack of subject matter jurisdiction. Docket No. 59. Defendant SFR has submitted a declaration attesting to the citizenship of it and its owning entities/persons, showing that such citizenship is Canadian and South African. Docket No. 65. In light of that filing, the undersigned is satisfied that there is complete diversity in this case and **DISCHARGES** the order to show cause with respect to jurisdiction.

    IT IS SO ORDERED.

    DATED: May 4, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge