UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br>               Plaintiff(s),<br>vs.<br>SFR INVESTMENTS POOL 1, LLC, et al.,<br>               Defendant(s). | Case No. 2:15-cv-01377-JCM-NJK<br>ORDER<br>(Docket No. 79) |

Pending before the Court is a motion to strike filed by Defendant SFR Investments Pool 1, LLC ("SFR"). Docket No. 79. SFR seeks predominately to strike citations to requests for judicial notice that were apparently omitted by Plaintiff in its briefing. *See id.* The motion to strike also references an exhibit that was not attached as cited. *See id.* at 2-3.[1] To the extent United States District Judge James C. Mahan finds these missing documents pertinent to his decision on the motion for summary judgment, Judge Mahan can address the failure to file them as he deems appropriate in resolving the motion for summary judgment. Accordingly, the motion to strike is **DENIED**.

IT IS SO ORDERED.

DATED: June 1, 2016

                                                                                                       NANCY J. KOPPE<br>                                                                                                       United States Magistrate Judge

---

[1] The motion to strike also objects to the missing document "[t]o the extent the document was not previously disclosed during discovery." Docket No. 79 at 3. The Court declines to rule on an objection grounded in speculation.