UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                        Plaintiff(s),<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>                        Defendant(s). | Case No. 2:15-cv-01377-JCM-NJK<br><br>ORDER<br><br>(Docket No. 78) |

Pending before the Court is a motion to strike filed by Defendant SFR Investments Pool 1, LLC ("SFR"). Docket No. 78. With respect to two of the items at issue, SFR's motion to strike makes plain that the same issues were also raised in their reply brief to the pending motion for summary judgment. *See* Docket No. 78 at 2, 3. As such, it appears the issue has already been addressed elsewhere, and United States District Judge James C. Mahan will give whatever weight he deems proper to the disputed exhibits when he decides the motion for summary judgment. The final item at issue is a highlighted version of a Nevada Supreme Court decision attached as an exhibit. *See id.* at 4. To the extent Judge Mahan finds such highlighting objectionable, he can address that in resolving the summary judgment motion without the need for a separate motion to strike. Accordingly, the motion to strike is **DENIED**.

      IT IS SO ORDERED.

      DATED: June 1, 2016

                                                                                NANCY J. KOPPE<br>
                                                             United States Magistrate Judge