**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN W. REED
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:  (702) 538-9074
Facsimile:  (702) 538-9113
sanderson@leachjohnson.com
rreed@leachjohnson.com
*Attorneys for Defendant Oak Park Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; OAK PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.:   2:15-cv-01377-JCM-NJK<br><br>**STIPULATION AND ORDER ALLOWING DEFENDANT OAK PARK HOMEOWNERS' ASSOCIATION TO SUBMIT DISCLOSURE OF DOCUMENTS AND WITNESSES IN COMPLIANCE WITH F.R.C.P. 26(a)(1)** |

IT IS HEREBY STIPULATED by and between the parties, that Defendant Oak Park Homeowner's Association has 10(ten) days from execution of this order to submit its witnesses and documents in compliance with F.R.C.P. 26(a)(1).

On October 13, 2015, the Court entered an Amended Stipulated Discovery Plan and Scheduling Order [ECF 25], which set the discovery cut-off date for February 16, 2016 and the dispositive motion deadline for March 17, 2016.

On February 5, 2016, the Court entered its order, granting Plaintiff's Motion to file an Amended Complaint, wherein the Plaintiff named the Association as an additional defendant. The Amended Complaint was filed with the Court on February 29, 2016 [ECF 37].

…

…

…

The Association first appeared in this matter on April 28, 2016 by filing a Motion to Dismiss Plaintiff's Amended Complaint [ECF 61]. The Association appeared after the deadlines set forth in ECF 25 had expired. This extension is made in good faith and will not cause prejudice or delay to any party.

Dated this 7th day of March, 2017.

WRIGHT FINLAY & ZAK, LLP

/s/ Michael S. Kelley
Edgar Smith
Nevada Bar No. 5506
Michael S. Kelley
Nevada Bar No. 10101
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

AKERMAN, LLP

/s/ Jesse A. Ransom
Jesse A. Ransom
Nevada Bar No. 13565
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

LEACH JOHNSON SONG & GRUCHOW

/s/ Ryan W. Reed
Sean L. Anderson
Nevada Bar No. 7259
Ryan W. Reed
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendant Oak Park Homeowners' Association*

KIM GILBERT EBRON

/s/ Diana Cline Ebron
Diana Cline Ebron
Nevada Bar No. 10580
Karen L. Hanks
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool I, LLC*

NEVADA ASSOCIATION SERVICES, INC.

/s/ Christopher V. Yergensen
Christopher V. Yergensen
Nevada Bar No. 6183
6224 W. Desert Inn Road
Las Vegas, Nevada 89146
*Attorneys for Nevada Association Services, Inc.*

**ORDER**

**IT IS SO ORDERED** this __7th__ day of March, 2017.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE