DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:     (702) 380-8572
Email: darren.brenner@akerman.com
Email: jesse.ransom@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC; <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.:      2:15-cv-01377-JCM-NJK <br><br> **STIPULATION AND ORDER CONTINUING BANK OF AMERICA, N.A.'S DEADLINE TO RESPOND TO SFR INVESTMENT POOL 1, LLC'S ITEMIZED BILL OF COSTS** <br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter-Claimant, <br><br> v. <br><br> CARRINGTON MORTGAGE SERVICES, LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a national association; and SAMUEL RAYMOND JUERGENS, an individual, <br><br> Counter-Defendant/Cross-Defendants. | |

Bank of America, N.A. (**Bank of America**) and SFR Investments Pool 1, LLC (**SFR**)'s hereby stipulate to extend Bank of America's deadline to object to SFR's Bill of Costs (ECF No. 109), which is currently August 2, 2017, to August 9, 2017, stating as follows:

42506393;1
42506471;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA, 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1. On February 8, 2017, this Court denied Bank of America's Motion for Summary Judgment (ECF No. 45) on SFR's Slander of Title claim, and denied SFR's Motion for Summary Judgment (ECF No. 44) on its Quiet Title/Declaratory Relief, Injunctive Relief, and Slander of Title claims. (ECF No. 91).

2. On July 3, 2017, this Court granted Bank of America's Motion for Reconsideration (ECF No. 94), thereby granting Bank of America's Motion for Summary Judgment (ECF No. 45) on SFR's Slander of Title claim. (ECF No. 107). The Court also found that SFR was entitled to judgment as a matter of law on its Quiet Title claim. (ECF No. 107).

3. On July 19, 2017, SFR filed a Bill of Costs, seeking to recover its costs for prevailing on its Quiet Title claim from Bank of America. (ECF No. 109). Objections to the Bill of Costs were due August 2, 2017.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

42506393;1
42506471;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

4.     SFR and Bank of America hereby stipulate and agree that Bank of America's deadline to file an Objection to the Bill of Costs be extended to August 9, 2017, and the deadline to Tax the Bill of Costs be extended accordingly. This request for extension is not for purposes of delay or prejudice to any party.

    DATED this 2nd day of August, 2017.         .

| KIM GILBERT EBRON | AKERMAN LLP |
|---|---|
| /s/ Diana Cline Ebron | /s/ Jesse Ransom |
| DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 485-330<br>Facsimile: (702) 485-3301<br><br>Attorney for SFR Investments Pool 1, LLC | DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JESSE A. RANSOM, ESQ.<br>Nevada Bar No. 13565<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br><br>Attorneys for Bank of America, N.A. |

**ORDER**

IT IS SO ORDERED.

Dated August 4, 2017.

_____
UNITED STATES DISTRICT JUDGE

3

42506393;1
42506471;1