UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                                Plaintiff(s),<br><br>    v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>                                Defendant(s). | Case No. 2:15-CV-1377 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Carrington Mortgage Services, LLC v. SFR Investments Pool 1, LLC*, case number 2:15-cv-01377-JCM-NJK.

On April 15, 2020, the court granted the parties' stipulation to continue the status conference scheduled for May 14, 2020, in light of the COVID-19 pandemic. (ECF Nos. 132; 133). The parties requested the court schedule the status conference after June 14. (ECF No. 132). However, the proposed order the parties submitted vacated, rather than continuing, the hearing. *Id.* Thus, the court vacated the hearing. (ECF No. 133).

After the Ninth Circuit remanded this case, it seems that the only issue before the court is "whether the superpriority portion of the lien was satisfied by the tender." (ECF No. 125 at 5). In light of the uncertainty surrounding the COVID-19 pandemic and the single issue remaining in this case, the court orders the parties to file a joint status report on or before June 14, 2020, in lieu of any in-person hearing.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS SO ORDERED.

3  DATED April 17, 2020.

4  _____
5  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -