**LEACH KERN GRUCHOW**
**ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
RYAN W. REED
Nevada Bar No. 11695
E-mail: rreed@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Defendant Oak Park Homeowners' Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; OAK PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.,<br><br>             Defendants. | Case No.:       2:15-cv-01377-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS OAK PARK HOMEOWNERS' ASSOCIATION** |

IT IS HEREBY STIPULATED by and between the parties, that pursuant to the Order on Mandate [ECF 128] and the Minutes of Proceedings [ECF 131], Oak Park Homeowners' Association is dismissed with prejudice.

Dated this 9th day of June, 2020.

WRIGHT FINLAY & ZAK, LLP                               KIM GILBERT EBRON


*/s/  Michael S. Kelley*                                               */s/  Jason Martinez*
Michael S. Kelley                                                       Diana Cline Ebron
Nevada Bar No. 10101                                              Nevada Bar No. 10580
7785 W. Sahara Avenue, Suite 200                           Jason Martinez
Las Vegas, Nevada 89117                                        Nevada Bar No. 13375
*Attorneys for Plaintiff*                                                7625 Dean Martin Drive, Suite 110
                                                                                   Las Vegas, Nevada 89139
                                                                                   *Attorneys for SFR Investments Pool I, LLC*

-1-

LEACH KERN GRUCHOW ANDERSON SONG

*/s/   Ryan W. Reed*
Sean L. Anderson
Nevada Bar No. 7259
Ryan W. Reed
Nevada Bar No. 11695
2525 Box Canyon Drive
Las Vegas, NV 89128
*Attorneys for Defendant Oak Park Homeowners' Association*

**ORDER**

**IT IS SO ORDERED** June 11, 2020.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES JUDGE