DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>　　　　　Plaintiff,<br>vs.<br><br>SFR INVESTMENT POOL 1, LLC;<br><br>　　　　　Defendants. | Case No. 2:15-cv-01377-JCM-NJK<br><br>**STIPULATION FOR DISCLAIMER OF INTEREST AND DISMISSAL OF BANK OF AMERICA, N.A. WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>　　　　　Counter-Claimant,<br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a national association; and SAMUEL RAYMOND JUERGENS, an individual,<br><br>　Counter-Defendant/Cross-Defendants. | |

　　　　Defendant/Counter/Cross-claimant, SFR Investments Pool 1, LLC ("SFR") and Cross-defendant, Bank of America, N.A., by and through their respective counsel of record, hereby stipulate and agree as follows:

　　　　WHEREAS, Bank of America, N.A., claims no current legal right, title, or interest in the deed of trust recorded in the Clark County recorder's office against the property located at 909 Veranda View Avenue, Las Vegas, Nevada 89123 (the Property) on November 3, 2008, as Instrument No. 200811030004546.

- 1 -

1   WHEREAS, Bank of America, N.A., its successors and assigns expressly disclaim any and all current right, title, and interest in the Property which it obtained solely pursuant to the assignment of the above-referenced deed of trust.

WHEREAS, SFR agrees, based upon Bank of America, N.A.'s disclaimer set forth herein, that Bank of America, N.A. should be dismissed from this action, with prejudice; and

WHEREAS, based upon Bank of America, N.A.'s disclaimer set forth herein, SFR and Bank of America, N.A. agree to bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated this 23rd day of July, 2020.

**KIM GILBERT EBRON**

*/s/ Jason G. Martinez*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 23rd day of July, 2020.

**AKERMAN LLP**

*/s/ Holly E. Walker*
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorney for Bank of America, N.A.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 27, 2020