AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Carrington Mortgage Services, LLC

                         JUDGMENT IN A CIVIL CASE

            Plaintiff,

v.                                Case Number: 2:15-cv-01377-JCM-NJK

SFR Investments Pool 1, LLC, et al

           Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Carrington, declaring that SFR Investment Pool 1 LLC purchased the property at 909 Veranda View Avenue, Las Vegas, NV 89123, Parcel No. 177-15-714-072, subject to Carrington Mortgage Services, LLC's deed of trust, Instrument No. 20081103-0004546.

| | |
|---|---|
| December 18, 2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |