WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Carrington Mortgage Services LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; OAK PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:15-cv-01377-JCM-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE TO RESPOND TO MOTION TO ALTER OR AMEND JUDGMENT (ECF NO. 158)**<br><br>**[FIRST REQUEST]** |

Carrington Mortgage Services, LLC ("Carrington") and SFR Investments Pool 1, LLC ("SFR"), hereby submit this Stipulation and Order to extend the deadline for Carrington to respond to SFR's pending Motion to Alter or Amend Judgment. ECF No. 158.

WHEREAS, SFR filed its Motion to Alter or Amend Judgment on January 15, 2021, and the current deadline for Carrington to file its response thereto is currently set for January 29, 2021.

WHEREAS, Carrington seeks additional time to analyze the evidence and legal argument and authorities raised by SFR in the Motion to Alter or Amend Judgment and seeks a brief 14-day extension of time to complete its analysis and prepare its written response thereto.

WHEREFORE, based on the foregoing,

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED AND AGREED that the deadline for Carrington to respond to SFR's Motion to Alter or Amend Judgment (ECF No. 158) should be continued from January 29, 2021, to February 12, 2021.

This is the first request by Carrington for an extension of its deadline to respond to the Motion to Alter or Amend Judgment, and it is not intended to cause any delay or prejudice to any party.

DATED this 28th day of January, 2021.

WRIGHT FINLAY & ZAK, LLP

/s/ Christina V. Miller, Esq.

_____

Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff Carrington Mortgage Services LLC*

KIM GILBERT EBRON

/s/ Jason Martinez, Esq.

_____

Jason Martinez
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant SFR Investments Pool I, LLC*

**IT IS SO ORDERED**.

DATED _ January 29, 2021 _____.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES JUDGE

Page 2 of 2