Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:15-cv-01377-JCM-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-Claimant,<br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a national association; and SAMUEL RAYMOND JUERGENS, an individual,<br><br>Counter/Cross-Defendants. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Karen L. Hanks, Esq. and Jason G. Martinez, Esq. are no longer associated with the law firm of KIM GILBERT EBRON. KIM GILBERT EBRON requests that Ms. Hanks and Mr. Martinez be removed from the service list.

…

- 1 -

KIM GILBERT EBRON continues to serve as counsel for SFR Investments Pool 1, LLC. All pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Diana S. Ebron, Esq, and Jacqueline A. Gilbert, Esq.

Dated this 12th day of August, 2021.

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**
It is so ordered.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: August 13, 2021

- 2 -