KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                     Plaintiff,<br><br>vs.<br><br>SFR INVESTMENT POOL 1, LLC;<br><br>Defendants. | Case No. 2:15-cv-01377-JCM-NJK<br><br><br>**SUBSTITUTION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>                 Counter-Claimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a national association;  and SAMUEL RAYMOND JUERGENS, an individual,<br><br>       Counter-Defendant/Cross-Defendants. | |

- 1 -

1        SFR Investments Pool 1, LLC authorizes and consents to the substitution of the law firm,

2    Hanks Law Group, including Karen L Hanks, Esq. and Chantel M. Schimming, Esq. as its

3    counsel in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron,

4    Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq. in the above-entitled matter

5    beginning February 1, 2022.

6        DATED this 28th day of January, 2022.

7        **SFR INVESTMENTS POOL 1, LLC**

8        */s/ Christopher J. Hardin___*

9        *Its: Manager*

10

11       The law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A.

12    Gilbert, Esq. and Howard C. Kim, Esq., hereby consent to the substitution as counsel of record

13    for SFR Investments Pool 1, LLC, in the place and stead of Karen L. Hanks, Esq. and Chantel M.

14    Schimming, Esq. of Hanks Law Group in the above-entitled matter beginning February 1, 2022.

15        DATED this 28th day of January 2022.

16

17        **KIM GILBERT EBRON**

18        */s/Diana S. Ebron* _____
                DIANA S. EBRON, ESQ.

19        NEVADA BAR NO. 10580
                7625 Dean Martin Drive, Suite 110

20        Las Vegas, Nevada 89139

21

22

23

24

25

26

27

28

The Hanks Law Group, including Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. hereby consent to their substitution as counsel of record for SFR Investments Pool 1, LLC in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert and Howard Kim, Esq. in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January 2022.

HANKS LAW GROUP

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED.
Dated:  February 1, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge